Stephanie R. BINNING, Appellant,

v.

Bady J. SHERROW, Deceased;
Neita Gaugh, Respondent.

No. WD 68445.

Missouri Court of Appeals,
Western District.

Nov. 25, 2008.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 27, 2009.

Application for Transfer Denied
Feb. 24, 2009.

Steven L. Hobson, Kansas City, MO, for appellant.

Matthew Michael Krohn, Trenton, MO, for respondent.

Before THOMAS H. NEWTON, C.J.,
and LISA WHITE HARDWICK and
ALOK AHUJA, JJ.

### ORDER

PER CURIAM:

Plaintiff–Appellant Stephanie Binning appeals the circuit court's denial of her motion for new trial following a jury trial in which she was awarded $9,375.00 for damages she sustained in an automobile accident with Bady Sherrow. We affirm. Because a published opinion would have no precedential value, a memorandum has been provided to the parties. Rule 84.16(b).